**Order entered July 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00278-CV

**JULIE E. SCHMADER, Appellant**

**V.**

**MATTHEW M. BUTSCHEK D/B/A ACCENT FINANCIAL SERVICES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01100-2012**

## ORDER

We **GRANT** appellant's July 21, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **August 3, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE